# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11976-ELF

OLIVER T RIGNEY, JR.

30 SPRINGTON ROAD

UPPER DARBY, PA 19082

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    OLIVER T RIGNEY, JR.

    30 SPRINGTON ROAD

    UPPER DARBY, PA 19082

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 10/4/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee