**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13

**Rigney, Jr., Oliver T.**

    **Debtor**

                                                                :        18-11976

**CERTIFICATE OF SERVICE OF**
**DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN**

I certify that on <u>November 5, 2018</u> the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's Second Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>November 5, 2018</u>

                                                   <u>"/s/"Mitchell J. Prince</u>
                                                   John L. McClain, Esquire
                                                 Mitchell J. Prince, Esquire
                                                 Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072