# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Oliver T. Rigney Jr.<br>    Debtor<br><br>BANK OF AMERICA<br>    Movant<br>  vs.<br><br>Oliver T. Rigney Jr.<br>    Respondent | CHAPTER 13<br><br>NO. 18-11976 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of BANK OF AMERICA, which was filed with the Court on or about August 17, 2018 (Document No. 31).

                Respectfully submitted,

                **/s/ Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                Attorney for Movant
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322

December 3, 2018