United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Oliver T. Rigney, Jr.  
    Debtor

Case No. 18-11976-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 06, 2021      Form ID: 138OBJ      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Oliver T. Rigney, Jr., 30 Springton Road, Upper Darby, PA 19082-4823 |
| 14079129 | + | Bank Of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 14079131 | + | Consumer Portfolio Svc, Attn: Bankruptcy, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 14079133 | + | Credit Solutions Corp, 5454 Ruffin Rd Suite 200, San Diego, CA 92123-1313 |
| 14079134 | + | Delaware County Domestic Relations, Patricia Brigh, 2400 Oakdale St, Phila., PA 19132-3629 |
| 14079136 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14079137 | + | John McClain, Esquire, PO Box 123, Narberth, PA 19072-0123 |
| 14079138 | + | Judge Gary S. Glazer, 800 Spring Garden Street, P.O. Box 56301, Philadelphia, PA 19130-6301 |
| 14079139 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14079140 | + | Novad Management Counsulting, LLC, 2401 N.W. 23rd Street, STE 1A1, Oklahoma City, OK 73107-2448, ATTN: Anabel Casas, BK Specialist |
| 14097637 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14079142 | + | Philadelphia Traffic Court, 800 Spring Garden Street, P.O. Box 56301, Philadelphia, PA 19130-6301 |
| 14079144 | + | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 14079145 | + | Rosemarie Straughter, 30 Springton Rd, Upper Darby, PA 19082-4823 |
| 14079148 | + | UPPER DARBY TOWNSHIP, JAMES D. SMITH, 100 GARRETT ROAD, UPPER DARBY, PA 19082-3135 |
| 14079147 | + | Upper Darby Township, 100 Garrett Road, Upper Darby, PA 19082-3135 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 06 2021 23:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 06 2021 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 06 2021 23:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14079128 | + | Email/Text: bankruptcy@rentacenter.com | Oct 06 2021 23:24:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14389952 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 06 2021 23:24:00 | BANK OF AMERICA, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14079130 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 06 2021 23:24:00 | Carrington Mortgage Service. Llc, PO Box 3489, Anaheim, CA 92803-3489 |
| 14182350 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 06 2021 23:24:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14079132 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 06 2021 23:34:27 | Credit One Bank, ATTN: Bankruptcy, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14079135 | + | Email/Text: bknotice@ercbpo.com | Oct 06 2021 23:24:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry |

Case 18-11976-elf    Doc 88    Filed 10/08/21    Entered 10/09/21 00:32:52    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: 138OBJ | Total Noticed: 33 |

| Recip ID | | Notice Type | Date | Address |
|---|---|---|---|---|
| | | | | Rd, Jacksonville, FL 32256-7412 |
| 14164092 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2021 23:24:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, Pa 19101-7317 |
| 14116345 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 23:34:24 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14116652 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 06 2021 23:23:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14079143 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 23:34:28 | Pinnacle Credit Services, PO Box 640, Hopkins, MN 55343-0640 |
| 14116046 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 23:34:28 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14086438 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 06 2021 23:34:29 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14079146 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 06 2021 23:23:51 | U.S. Department of Housing and Urban Dev, 451 7th Street S.W., Washington, BD 20410-0002 |
| 14082415 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 06 2021 23:23:51 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14079141 | *+ | Oliver T. Rigney, Jr., 30 Springton Road, Upper Darby, PA 19082-4823 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | on behalf of Plaintiff Oliver T. Rigney Jr. aaamcclain@aol.com, edpabankcourt@aol.com |
| JOHN L. MCCLAIN | |

District/off: 0313-2  User: admin  Page 3 of 3
Date Rcvd: Oct 06, 2021  Form ID: 138OBJ  Total Noticed: 33

| | |
|---|---|
| | on behalf of Debtor Oliver T. Rigney Jr. aaamcclain@aol.com, edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK UNITED N.A. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Oliver T. Rigney, Jr.
    Debtor(s)

Case No: 18−11976−elf
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/6/21

86 − 79
Form 138OBJ